UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

      v.                                              :           CR. NO. 21-311 (CRC)

Jeremy D. Groseclose                        :

MOTION FOR WITHDRAWAL OF COUNSEL

    Mark J. Carroll, Esq., appointed counsel for defendant Jeremy D. Groseclose, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that he be permitted to withdraw in this matter. In support of his request, counsel states the following:

    1. Counsel was appointed to represent the defendant pursuant to the provisions of the Criminal Justice Act. The matter is presently scheduled for another status hearing on November 9, 2021, at 10:00 a.m.

    2. Almost since the inception of the representation, the relationship between the defendant and counsel has been deteriorating. Mr. Groseclose has been extremely critical of counsel's efforts and his advice.

    3. After a recent status conference on September 9, 2021, it became clear that the relationship is untenable, and that counsel and the defendant cannot communicate in a manner that makes continuance of the relationship tenable.

    4. Recently, the government suggested a plea offer that seemed to counsel to be advantageous in light of all the video evidence. When counsel delivered the proposal to the defendant, as is his duty, the defendant told counsel that he has been unhappy with counsel's

representation since the inception of this case. The defendant further stated that he has not been fairly represented and that he no longer wanted counsel as his attorney. Counsel can no longer function in a manner that is productive and, feels that he cannot continue in this manner.

4. A recent exchange with the defendant made it clear that there was no longer any working relationship between attorney and client.   The defendant's position and attitude has made it impossible for counsel to continue in this matter.

5. The interests of justice require that this motion be granted.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this honorable court grant his request and allow him to withdraw in this matter.

Respectfully submitted,

_____/s/_____
 Mark J. Carroll, # 414-619
19930 Tern Road
Bethany Beach, DE. 39641
Cell No. (443) 421-3475
Markjcarroll@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2021, a copy of the foregoing Motion was served via the ECF system.