IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *  Case No.  **1:21-cr-00311-CRC-1** |
| | * |
| **JEREMY DANIEL GROSECLOSE** | * |
| **Defendant** | * |
| | * |

ooOoo

### ORDER

Upon consideration of the Corrected Motion to Dismiss Count Two, good cause having been shown, it is this _____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **GRANTED.**

_____
**HONORABLE CHRISTOPHER R. COOPER**
**UNITED STATES DISTRICT JUDGE**