## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-311 |
| **JEREMY GROSECLOSE,** : | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Anthony W. Mariano hereby enters his appearance in the above referenced matter.

                      Respectfully submitted,

                      MATTHEW GRAVES
                      United States Attorney
                      DC Bar No. 481052

By:    */s/ Anthony W. Mariano*
                      Anthony W. Mariano
                      MA Bar No. 688559
                      Trial Attorney, Detailee
                      United States Attorney's Office
                      for the District of Columbia
                      601 D Street NW
                      Washington, DC 20579
                      (202) 476-0319
                      Anthony.Mariano@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ *Anthony W. Mariano*
Anthony W. Mariano
MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
(202) 476-0319
Anthony.Mariano@usdoj.gov