UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00311-CRC |
| ) | |
| JEREMY DANIEL GROSECLOSE., ) | |
| ) | |
| Defendant ) | |
| ) | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Jeremy Groseclose, by and through attorney, William L. Shipley, Esq., and respectfully moves this Court to allow him to substitute counsel of his choice for appointed counsel in his case, counsel Carmen Hernandez.

On October 21, 2023, Defendant Groseclose and Attorney Shipley spoke for the first time about the status of the Defendant's case and the possibility of Attorney Shipley taking over his defense as retained counsel for trial.

Attorney Shipley advised Defendant Groseclose that he was willing to do so, however Attorney Shipley was currently set to begin a jury trial before Judge Beryl Howell in <u>United States v. Olivares</u>, 21-cr-00738 BAH, on November 13, 2023, the same day Defendant Groseclose's trial is set to commence.

Attorney Shipley advised Defendant Groseclose that it would be necessary to obtain the permission from the Court for any substitution of counsel given the short time remaining prior to scheduled trial.  Attorney Shipley assured Defendant Groseclose that, if allowed to enter the case, the matter could proceed to trial with Attorney Shipley as counsel within 90 days.

Attorney Shipley communicated with Attorney Hernandez via email on both October 31 and November 1, 2023.  Attorney Shipley is also aware that the Defendant communicated with Attorney Hernandez on November 1 as well.

After having taken 24 hours to consider the situation, Defendant Groseclose requested that Attorney Shipley seek the permission of the Court to enter the case as his retained counsel of choice to replace appointed counsel Hernandez.

This motion for substitution of counsel is not for the purpose of causing improper or any undue delay in this matter going to trial. Defendant Groseclose has only recently been placed in a position to have an opportunity to seek out counsel of his choice.

Attorney William Shipley was an Assistant United States Attorney in both the Eastern District of California and the District of Hawaii for a combined period of more than 21 years. He has been a defense attorney in private practice for more than 10 years, working almost exclusively in federal courts.

He has already tried cases in this District before Honorable District Judges Mehta, Lamberth, Bates, and McFadden. He has handled more than 40 cases involving individuals charged with crimes related to the events of January 6, and has handled cases before every District Judge in this District.

Undersigned counsel has a relatively uncongested trial calendar in February and March, 2024, and would have more than sufficient time to both review discovery and prepare to try the case in either of those months.

WHEREFORE, Defendant Groseclose respectfully requests this Honorable Court grant his motion to substitute his attorney of choice William Shipley for appointed counsel Carmen Hernandez, and to set a forthwith status conference for purpose of resetting his trial consistent with the representations made herein.

Dated: November 2, 2023               Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com