IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No.  1:21-cr-00311-CRC-1 |
| | * | |
| **JEREMY DANIEL GROSECLOSE** | * | |
| **Defendant** | * | |
| | * | |

ooOoo

**MOTION TO WITHDRAW AS APPOINTED COUNSEL
AND, ALTERNATIVELY, HOLD A HEARING**

Jeremy Groseclose, by his undersigned counsel, hereby respectfully request that this Honorable Court allow counsel to withdraw from representation of Mr. Groseclose, or in the alternative hold a hearing at the earliest possible time.

1. Undersigned counsel has represented Mr. Groseclose since October 5, 2021.  As the Court is aware, due to counsel's extraordinarily busy schedule during the past two years, the trial in the instant case has been continued twice.

2. Counsel has nonetheless worked on Mr. Groseclose's representation and has remained in contact with him through email, phone calls, texts and virtual conference calls.

3. A breakdown in the attorney-client relationship has opened and deepened over the last few weeks.  Counsel is concerned that the fundamental trust that must exist between a client facing criminal prosecution and his counsel has eroded.

4. Communication has continued in efforts to salvage this relationship and prepare for trial.

5.  However, as the Court is aware, in the last few days Mr. Groseclose communicated with another counsel, William Shipley, who has moved to substitute undersigned counsel (ECF 72).

6.  The government has opposed the Motion to Substitute counsel to the extent it would require a continuance of the trial date (ECF 73).

7.  Substantial work remains to be done in the case before trial including preparation of jury instructions, objections to trial exhibits and resolution of pending motions.

8.  A pretrial conference is scheduled in this case for Thursday, November 9, 2023.

9.  Undersigned counsel requests that the instant Motion to Withdraw be granted or otherwise considered after a hearing at the Court's earliest availability and in conjunction with Mr. Shipley's Motion to Substitute as counsel.

10. This motion is filed after consultation with Mr. Groseclose and Mr. Shipley.

11. At this time, AUSA Romano takes no position as to the requested relief but agrees with undersigned counsel in requesting that the Court hold a hearing on the Motion as soon as possible, this afternoon or no later than Monday, November 6, 2023.

WHEREFORE, for the reasons noted above, which are stated in limited form in light of rules pertaining to attorney-client privilege and confidentiality, counsel respectfully requests that the Court allow counsel to withdraw or schedule a hearing on the matter at the Court's earliest availability.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant Motion was served on all counsel of record 3${}^{rd}$ day of November, 2023 on all counsel of record via ECF.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**