IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * | |
| * | |
| vs.     * | Case No.  1:21-cr-00311-CRC-1 |
| * | |
| **JEREMY DANIEL GROSECLOSE**     * | |
| **Defendant**     * | |
| * | |

ooOoo

## MOTION TO VACATE ORDER REGARDING
## RAISED FUNDS

Jeremy Groseclose, by his undersigned counsel, hereby respectfully moves this Honorable Court to vacate its Oral Order directing Mr.  Groseclose not to spend funds raised through a private fund-raising appeal, which he did not create and whose proceeds he does not control.

1. On November 21, 2023, at the end of the Court's rendering of a partial judgment, on oral motion of the government, the Court directed Mr. Groseclose not to spend any money from a fund to which members of the public have donated.

2. At the time, AUSA Romano cited no authority for imposition of such an Order.

3. The fund-raising platform shows that Mr. Groseclose did not solicit the funds.

4. Mr.  Groseclose does not control the proceeds of the fund, which involves money donated into the fund by private persons.

5. The fund-raising page was created by Mr. Groseclose's long-time partner, who is not a party to the criminal case. *See* Fund-raising plea, at https://www.givesendgo.com/GBA9Q:



This is a fund I have put together for my husband Jeremy Groseclose. A man I have known most of my life. A wonderful father and husband. A man who once gave up his dreams and a promising career in order to allow me to continue my masters in Social Work. He is the primary caretaker of our special needs daughter and our son. He is the backbone of our family. Even through this nightmare that the US government is putting all of us through for his non-violent and non-destructive involvement in j6, he has taken care of every one of us. A man can only take so much. My heart has been broken many times watching this vibrant loving soul who could make you smile on your worst day become a faded reflection of who he once was. I know he's still that person and I need your help to show him. The financial strain trying to travel back and forth to DC is overwhelming. The immense cost of hotel expenses, travel, childcare and more just before the holidays is unbearable. The ultimate goal would be for us to raise enough money to get proper representation. As of now we're just hoping to survive the trip up and back for his trial and still be able to have a Christmas for our two children. Our last one together as a family for some time. Thank you for your time and understanding.

6. The text in the above-image states:

> This is a fund I have put together for my husband Jeremy Groseclose. A man I have known most of my life. A wonderful father and husband. A man who once gave up his dreams and a promising career in order to allow me to continue my masters in Social Work. He is the primary caretaker of our special needs daughter and our son. He is the backbone of our family. Even through this nightmare that the US government is putting all of us through for his non-violent and non-destructive involvement in j6, he has taken care of every one of us. A man can only take so much. My heart has been broken many times watching this vibrant loving soul who could make you smile on your worst day become a faded reflection of who he once was. I know he's still that person and I need your help to show him. The financial strain trying to travel back and forth to DC is overwhelming. The immense cost of hotel expenses, travel, childcare and more just before the holidays is unbearable. The ultimate goal would be for us to raise enough money to get proper representation. As of now we're just hoping to survive the trip up and back for his trial and still be able to have a Christmas for our two children. Our last one together as a family for some time. Thank you for your time and understanding.

7. The fund-raising page also includes the following notation: "Campaign Created by: Lauren Dean. The funds from this campaign will be received by Lauren Dean." *Id.*

8. The donations appear to come from multiple donees, in denominations as small as $10.

9. The fund-raising page includes links titled "give" "share" and "pray". *Id.*

10. Upon information and belief, proceeds from the fund have been used at least in part to cover child-care and other expenses while Mr. Groseclose was in D.C. for the trial of the case.

11. Moreover, as the government has made clear during the trial of this case, the parties are not legally married. The Commonwealth of Virginia, where Mr. Groseclose resides does not recognize common-law marriages. As such, Mr. Groseclose has no legal claim to any of his partner's assets.

12.     Mr. Groseclose wishes to abide by any Orders this Court issues that properly pertain to him.

13.     However, as Mr. Groseclose has no control over contributions made by the public for multiple purposes to the fund-raising efforts created by his long-time partner and has no legal ability to control how she spends the proceeds, Mr. Groseclose respectfully moves that this Court vacate the Order directing him not to spend money contained in the fund.

14.     Undersigned counsel is not aware of any authority for the imposition of the Court's Order generally, and particularly on a non-party to the criminal case. *See, e.g.,* 18 U.S.C. § 3142(c)(listing conditions of release).

15.     In response to counsel's inquiry asking the government's position regarding this Motion and requesting any authority for the proposition that the Court may enter an Order that reaches a non-party to this case, the government responded as follows: "Obviously, we oppose, because we asked for the order. You may file whatever motion you like. We will respond with if and when you file your motion."

WHEREFORE, Mr. Groseclose respectfully requests that this Court vacate its oral Order directing him not to spend proceeds generated from the fund-raising efforts created by his long-term partner.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant Motion was served on all counsel of record 22nd day of November, 2023 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**