IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Case No. 1:21-cr-00311-CRC-1 |
| | * |
| JEREMY DANIEL GROSECLOSE | * |
| Defendant | * |
| | * |

ooOoo

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

Undersigned counsel, appointed under the Criminal Justice Act, hereby respectfully moves to withdraw as counsel for Jeremy Groseclose as he has retained William Shipley, as his counsel. *See* Notice of Attorney Appearance (ECF 94, 12/11/23). Contemporaneously with the filing of the Motion, undersigned counsel has emailed a copy of the instant motion to Mr. Groseclose and Mr. Shipley. Counsel has informed Mr. Groseclose and Mr. Shipley, of the pending matters in the case, so that they may be attended to, if at all, by Mr. Shipley.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant Motion was served on all counsel of record 11th day of December, 2023 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**