UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00311-CRC |
| ) | |
| JEREMY DANIEL GROSECLOSE., ) | |
| ) | |
| Defendant ) | |

**DEFENDANT JEREMY GROSECLOSE'S <u>UNOPPOSED</u> MOTION TO CONTINUE SENTENCING PENDING THE SUPREME COURT'S DECISION IN** *UNITED STATES v. FISCHER*

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Jeremy Groseclose, by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests this Honorable Court to continue the sentencing in this matter, currently set for March 19, 2024, at 10:00 am.

Counsel for Defendant Groseclose has consulted with Counsel for the United States with regard to the matters set forth herein and the Government does not oppose this motion.

Defendant Groseclose is the lone defendant in this case and is not detained pending sentencing.

As this Court will recall, following a short bench trial the Defendant was convicted on November 21, 2023, of violations of 18 U.S.C. Sections 231(c)(2) and 1512(c)(1), as well as two "B" misdemeanors under Title 40.  The Court acquitted Defendant Groseclose of two counts charging violations of 18 U.S.C Sec. 1752.

Three weeks after the verdict, the United States Supreme Court agreed to hear the matter of *United States v. Fischer* to resolve the question of whether Sec. 1512(c)(2) is properly charged for conduct on January 6, 2021.

On March 1, 2024, the Court of Appeals for the D.C. Circuit issued its decision in *United States v. Brock,* holding that sentencing enhancements often applied in January 6 cases to determine the Adjusted Offense Level for Sec. 1512(c)(2) convictions were not applicable.  The enhancements at issue have typically added 11 levels to the Base Offense Level of 14 under U.S.S.G. Sec. 2J1.2.

The draft PSR for Defendant Groseclose was provided to counsel on February 26 – four days before the Brock decision was handed down. The PSR's guideline calculation with respect to Count 2, the Sec. 1512(c)(2) conviction -- includes the 11 levels that are implicated by Brock. The guideline calculation results in a recommended range of 78-97 months. Without the 11 levels of enhancements, the recommended range falls to 24-30 months.

There is no separate guideline calculation for the Sec. 231 conviction, but the PSR notes that determining applicable guidelines for Sec. 231 would include the application of the "cross-reference" found at U.S.S.G. Sec. 2A2.4(c), based on the "intent to commit another felony" at the time of the Sec. 231 violation. The cross-reference directs that Sec. 2A2.2 should be used in that situation.

However, the second felony necessary to trigger the application of the cross-reference would be the Sec. 1512(c)(2) conviction. If the Supreme Court reverses convictions under Section 1512 in *Fischer*, the cross-reference would not apply and Defendant Groseclose's guideline range on the Sec. 231 count alone could be as low as 6-12 months – although other enhancements as determined at sentencing could move that range slightly higher.

Because the outcome of *Fischer* will influence how the guideline calculations will be determined on the offenses for which Defendant Groseclose has been found guilty, there will likely be a conservation of resources for the Court, the Government, and the Defendant in avoiding a possible need for resentencing after the Supreme Court's decision.

Based on the foregoing, Defendant Groseclose requests – and the Government does not oppose -- that the March 15, 2024, sentencing hearing be vacated, and that a status conference be set in mid-July to select new filing dates for a revised PSR and the parties' Sentencing Statements, as well as a new date for Defendant Groseclose's sentencing hearing.

Dated: March 6, 2024                                  Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*