UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00311-CRC |
| | ) | |
| **JEREMY DANIEL GROSECLOSE.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT JEREMY GROSECLOSE'S MOTION TO CONTINUE SENTENCING**

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Jeremy Groseclose by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests that his Sentencing Hearing in this matter, currently set for October 2, 2024, be continued so as to comply with Federal Rule of Criminal Procedure 32(e)(2).

On February 26, 2024, the United States Probation Office issued its "Draft" Presentence Investigation Report.

On March 7, 2024, this Court directed the United States Probation Office to file a supplement to the Draft Presentence Investigation Report with an updated Guideline Calculation that would apply without the inclusion of a conviction under 18 U.S.C. Sec. 1512(c)(2) conviction.  *See* 03/07/2024 Minute Order.

On April 30, 2024, the United States Probation Office filed its "Supplement to the Draft Presentence Investigation Report" per the Court's Order.  ECF. No.107.

On July 15, 2024, this Court set the Sentencing Hearing for Mr. Groseclose to take place on October 2, 2024.

Objections to the Draft Presentence Investigation Report were delivered by the Government and Defendant Groseclose to the Probation Office on August 7, 2024.

On September 2, 2024, the Government moved to dismiss Count Two, the violation of 18 U.S.C. Sec. 1512 (c)(2) which was granted by this Court on September 5, 2024.

Rule 32(e)(2) of the Federal Rules of Criminal Procedure states:

*Minimum Required Notice.* The probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period.

On September 23, 2024, the United States Probation Office filed a Final Presentence Report for Defendant Groseclose. Pursuant to Rule 32(e)(2), absent a waiver by Defendant Groseclose, the earliest that a Sentencing Hearing can take place in his case is October 28, 2024. Defendant Groseclose is unwilling to waive the time-period required by the Rule.

Counsel for Defendant Groseclose is set to begin a jury trial in *United States v. Patterson*, 21-cr-00111 (DKW) in the District of Hawaii on October 28, 2024.

The *Patterson* case is a multi-defendant "advanced fee" fraud scheme case that is anticipated to last 2-3 weeks depending on the length of the defense case(s). The first week that counsel for Defendant Groseclose can return to this Court for sentencing in this case would be the week of November 19, 2024.

Based on the foregoing, Defendant Jeremy Groseclose hereby moves that Sentencing Hearing in this case, set for September 25, 2024, be vacated, and a new date be set consistent with the information set forth above.

Dated: September 23, 2024                    Respectfully Submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*