## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00311-CRC** |
| | ) | |
| **JEREMY DANIEL GROSECLOSE.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT JEREMY GROSECLOSE'S SUPPLEMENTAL SENTENCING STATEMENT RE CHARACTER REFERENCE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Defendant Jeremey Groseclose, by and through his counsel of record William L. Shipley, respectfully submits this Supplement to his Sentencing Statement providing character letters attached herein.

Dated: October 2, 2024

Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*