September 30th 2024

Dear Judge Cooper,

    I am writing to speak on the character of a young man named Jeremy, who has been a good friend to me during a challenging time in my life. At 62 years old, I often find myself facing various difficulties. With no family nearby for me and my wife, daily tasks can become overwhelming. Mr. Groseclose has been a genuine friend and I can't express how much his support has meant to me.

    From our first dealings together I was impressed by his kindness and willingness to help. He doesn't just assist with my errands or chores; he takes the time to truly be my friend. We have shared many conversations, and I genuinely enjoy his company. It's comforting to know I have someone I can talk to openly.

    What really stands out about Jeremy is his honesty. He is straightforward and genuine, which is refreshing. I appreciate that he shares his thoughts with me, and I can trust him completely. These days it can be really hard to find true sincerity, and his honesty has been a real blessing. I am grateful for the friendship we have built. He has brought a sense of joy and companionship back into my life, I believe he represents the best qualities for our community and is always willing to offer a helping hand.

    Thank you for taking the time to read my letter. I hope it helps you understand just how much Jeremy means to me and how much he has done.

Sincerely,

Don Copen