To Whom It May Concern,

I am writing this letter to share the profound impact that my partner's incarceration will have on our family, particularly on me and our two children. The events of January 6th and the resulting legal consequences have set in motion changes that will deeply affect our family's emotional and practical well-being.

My partner has been a cornerstone of our household, providing not just support but also warmth and stability. His absence will create an emotional void that will be challenging to navigate. While he does not provide financial support, his role in our lives is irreplaceable. His support has been instrumental in allowing me to complete my Master of Social Work (MSW) and now pursue my Master's in Special Education while starting my clinical licensure supervision. By taking on the primary responsibility of caring for our children, including getting them to and from school each day, he enabled me to focus on these critical goals, which are essential for my professional and personal development.

In addition to the crisis work, I have on-call duties, which require me to be away from home at unpredictable hours, my partner is responsible for managing our household and providing the emotional support our children need throughout their day. The added burden of these responsibilities, combined with the unpredictability of my job, will make it increasingly difficult to maintain the stability and care that our children need, especially our daughter.

Our daughter, who has Autism Spectrum Disorder (ASD) and is non-verbal, requires constant supervision for her safety and well-being. Her condition necessitates a highly structured and predictable environment to manage her needs effectively. Her father's presence has been crucial in providing this stability and ensuring her safety. The emotional impact of his absence will likely heighten her anxiety and make it even more challenging for me to meet her needs. The additional responsibility of managing her care, including her constant supervision and support, will be incredibly demanding and stressful.

Our son, who is about to turn 7, shares an incredibly close bond with his father. The thought of his father being away is deeply distressing. Our son's relationship with his father is a source of immense joy and security for him. I worry profoundly about how this separation will affect his emotional well-being. The loss of such a cherished relationship at this formative age may impact his happiness, his ability to focus in school, and his overall sense of security. The emotional strain of this disruption is something I fear could resonate throughout his life.

We have no outside family support to rely on, and we have never had a babysitter since our children were born. We do not have anyone to call upon for additional help or support. This lack of external assistance will make it even more challenging to manage the demands of our daily lives and care for our children effectively.

Balancing my professional responsibilities, academic pursuits, the additional tasks of managing our household, and ensuring our daughter's safety and well-being as well as our son's emotional stability will be an overwhelming challenge. Maintaining the level of love, care, and stability that our children need will be incredibly difficult during this period.

I kindly ask the court to consider the deep and lasting impact that my partner's incarceration will have on our family. His absence will place an immense emotional burden on us, affecting our well-being and our ability to create a nurturing and supportive environment for our children.