When I sat in this courtroom during trial, it was to support and be there for Jeremy, today I am here for my two children. I am not here to defend any actions related to January 6th but to plead for mercy for our two children that will be without their father who loves them with everything in him. I have known Jeremy for over 20 years, and I can remember being 13 years old and being asked what do you want to be when you grow up? I can remember this so vividly because while all the other kids were saying the typical professions such as teachers and firefighters, Jeremy shared that when he grew up, he wanted to be a dad. I know now that he wanted to love someone unconditionally, he wanted to care for someone and have them truly feel they are loved. I can say whole heartedly, he accomplished his dream, and our children receive and count on him for this love. I am not up here to say he is a perfect person, because he's not, he is human, but he is a dedicated and good father.

  My son is attached to his dad at the hip and if Jeremy is gone longer than an hour, he is asking where he is and telling me that he misses him and wants him to come home. I can't begin to imagine what he will feel when his dad isn't there for his birthday, Christmas or to say goodnight and that he loves him with all his heart every single night before bed. My heart breaks when I think of the conversations and tears that are going to come from his dad being absent. Our son will be 7 on November 29th and I fear what not having his father around will do to him during this pivotal time in his life.  I worry that his father not being in his life in a meaningful or tangible way will have lasting effects that he will carry with him for the rest of his life.

  Our daughter Clara will be 4 in February. She is diagnosed with Autism is nonverbal and depends on both of us to provide a loving environment that includes constant supervision for safety and support for her needs. She is very routinized and depends on steadiness in her day and life. She adores her dad and counts on him to provide couch cuddles and dinosaur chases around the living room. She requires support in the school environment and appointments in which Jeremy is always advocating for. Navigating these things will be extremely challenging as a single mom. My hearts breaks knowing that she will not understand why her dad is not with her anymore, but she will notice and she will feel it. She won't be able to tell me that she misses him or ask me where he is or why he isn't home but she will feel it. As a mom, my children are my life and to see them hurt will be beyond difficult.

  I could sit here and list off all of the reasons Jeremy being gone will affect me, my job and the household because it will, but all of those things seem minuscule compared to the enormous pain that will be felt by our children. Taking their father away from them will have lasting effects that cannot be undone. Sending Jeremy to prison will not only punish him, but it punishes and hurts his children, and I beg your honor to consider this when determining sentencing. I am not asking to excuse but to consider all that will be affected and to have leniency to cushion the pain our children will feel.


Sincerely,

Lauren Dean

Case 1:21-cr-00311-CRC   Document 120-3   Filed 10/02/24   Page 2 of 2