Dear Judge Cooper,

I'm writing to speak on behalf of a young man named Jeremy Groseclose who's been a great friend to me, especially after my throat cancer surgery.

At my age I've faced many challenges, and since my surgery, speaking has been difficult. During this time he has been a big help. We were friends before and worked together to keep my small farm and home going, but his support is even more important now.

Right now, Jeremy is my only help. After the recent heavy rains, I need to clean up flood damage on my property. He's been invaluable in fixing my bridge access because without that bridge, I can't get to my home. He's taken on tough tasks like clearing debris and making repairs.

Also he runs errands for me and brings me food, which has been a real blessing. It's comforting to have someone I can count on for both help and companionship. His kindness makes a big difference in my daily life.

What I admire most about Jeremy is his honesty. He speaks openly and is always sincere. Having someone I can trust means a lot to me and he brings comfort to my life.

I'm truly grateful for our friendship. He has helped keep my home running and lifted my spirits during this tough time.

Thank you for taking the time to read my letter. I hope it shows how much Mr. Groseclose has positively impacted my life and how important his friendship is to me.

Sincerely,

Rich Jackson