UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JEREMY DANIEL GROSECLOSE., )<br>)<br>Defendant )<br>) | Case No. 21-cr-00311-CRC |

**DEFENDANT GROSECLOSE'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Jeremy Groseclose, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Sentencing of this Court entered on October 4, 2024.

Dated: October 10, 2024                     Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1