UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 1:21-cr-00311-CRC |
| v. | : | |
| | : | |
| **JEREMY DANIEL GROSECLOSE,** | : | |
| | : | |
| **Defendant.** | : | |

# MOTION FOR EXTENSION OF TIME TO FILE RESTITUTION BRIEFING

The United States of America hereby moves this Court for a 5-day extension of the December 1, 2024 deadline to file the government's briefing regarding restitution in the above-captioned matter. In support of its motion, the government represents:

1. Sentencing in this matter took place on October 2, 2024. Minute Order (Oct. 4, 2024).

2. During sentencing, this Court requested additional briefing from the government to address the Court's ability to order restitution.

3. This Court ordered that the government's brief be filed by December 1, 2024. Second Minute Order (Oct. 4, 2024).

4. December 1, 2024 is the Sunday after Thanksgiving.

5. The government requests that the December 1, 2024 deadline for its briefing on restitution be extended for at least 5 days to accommodate the holiday.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Carolyn Jackson_____
Carolyn Jackson
Assistant United States Attorney
D.C. Bar No. 1644971
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7078
Email: Carolyn.Jackson@usdoj.gov

*/s/ Michael J. Romano*
 Michael J. Romano
 IL Bar No. 6293658
 Deputy Chief, Capitol Siege Section

 */s/ Anthony W. Mariano*
 Anthony W. Mariano
 MA Bar No. 688559
 Trial Attorney / Detailee
 Capitol Siege Section

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-cr-00311-CRC |
| v. : | |
| : | |
| JEREMY DANIEL GROSECLOSE, : | |
| : | |
| Defendant. : | |

## PROPOSED ORDER

Upon consideration of the United States' Unopposed Motion for an Extension, it is hereby

1. ORDERED that the motion is GRANTED;

2. ORDERED that the deadline laid out in the Second October 4, 2024 Minute Order is VACATED; and

3. ORDERED that the government's brief on restitution is now due on December 6, 2024.

.

Date: _____
HONORABLE CHRISTOPHER R. COOPER
U.S. DISTRICT JUDGE